Treaver K. Hodson, SBN: 179184
Beatriz Berumen, SBN: 271249
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:   (916) 442-3606

Attorneys for Defendant
JOHN ROGERS BURK, A LAW CORPORATION and
JOHN ROGERS BURK

Michael L. Tracy, SBN: 237779
Megan E. Ross, SBN: 227776
LAW OFFICES OF MICHAEL TRACY
2030 Main St., Suite 1300
Irvine, CA 92614
Telephone   (949) 260-9171
Facsimile:   (866) 365-3051

Attorneys for Plaintiff
DOROTHY HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY HAWKINS, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROGERS BURK, A LAW CORPORATION, A CALIFORNIA CORPORATION; JOHN ROGERS BURK, AN INDIVIDUAL,<br><br>Defendants. | Case No. 2:13-cv-02444-JAM-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

WHEREAS Plaintiff' Complaint for Labor Violations was filed on November 25, 2013;

WHEREAS Defendants John Rogers Burk (A Law Corporation, a California Corporation) and John Rogers Burk (An Individual) were served on December 2, 2013, such that Defendants' responsive pleading is due on or before December 23, 2013;

WHEREAS no previous extensions of time for Defendants to respond to the Complaint have been requested or granted; and

WHEREAS the parties believe that extending the time within which Defendants can respond to the Complaint would allow the parties additional time to consider whether early resolution of this matter is possible.

**IT IS HEREBY STIPULATED** by and between the parties in the above-captioned matter, through their attorneys of record, that Defendants shall have until January 20, 2014, to respond to Plaintiff's Complaint in this matter.

Dated:  December 13, 2013                               PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Beatriz Berumen                                
    Treaver K. Hodson
    Beatriz Berumen
    Attorneys for Defendants
    JOHN ROGERS BURK, A LAW
    CORPORATION and JOHN ROGERS BURK

Dated:  December 13, 2013                               LAW OFFICES OF MICHAEL TRACY


By: /s/ Megan E. Ross (as authorized on 12/12/13)
    Michael L. Tracy
    Megan E. Ross
    Attorneys for Plaintiff
    DOROTHY HAWKINS

## **ORDER**

Have reviewed the above Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: December 13, 2013                                /s/ John A. Mendez                                
    JOHN A. MENDEZ
    United States District Court Judge

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING     2.