1  Treaver K. Hodson, SBN: 179184
   Beatriz Berumen, SBN: 271249
2  PALMER KAZANJIAN WOHL HODSON LLP
   520 Capitol Mall, Suite 600
3  Sacramento, CA 95814
   Telephone:    (916) 442-3552
4  Facsimile:    (916) 442-3606

5  Attorneys for Defendant
   JOHN ROGERS BURK, A LAW CORPORATION and
6  JOHN ROGERS BURK

7  Michael L. Tracy, SBN: 237779
   Megan E. Ross, SBN:  227776
8  LAW OFFICES OF MICHAEL TRACY
   2030 Main St., Suite 1300
9  Irvine, CA 92614
   Telephone     (949) 260-9171
10 Facsimile:    (866) 365-3051

11 Attorneys for Plaintiff
   DOROTHY HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOROTHY HAWKINS, AN INDIVIDUAL, | Case No. 2:13-cv-02444-JAM-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41]** |
| v. | |
| JOHN ROGERS BURK, A LAW CORPORATION, A CALIFORNIA CORPORATION; JOHN ROGERS BURK, AN INDIVIDUAL, | |
| Defendants. | |

Plaintiff DOROTHY HAWKINS and Defendants JOHN ROGERS BURK, A LAW CORPORATION, and JOHN ROGERS BURK, individually, by and through their respective attorneys of record, hereby stipulate that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
916.442.3552

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41]

IT IS SO STIPULATED.

Dated: April 29, 2014                    PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Beatriz Berumen
    Treaver K. Hodson
    Beatriz Berumen
    Attorneys for Defendants
    JOHN ROGERS BURK, A LAW
    CORPORATION and JOHN ROGERS BURK


Dated: April 29, 2014                    LAW OFFICES OF MICHAEL TRACY


       /s/ Megan E. Ross
By: _____
    Michael L. Tracy
    Megan E. Ross
    Attorneys for Plaintiff
    DOROTHY HAWKINS


## **ORDER**

IT IS HEREBY ORDERED that this action and any and all claims for relief are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 4/29/2014                         /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
                                         United States District Court Judge

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41]         2.